# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>CARGILL, INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity,<br><br>Defendants. | Case No. 1:18-cv-00792-DAD-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(Doc. 10) |

On June 8, 2018, Defendants removed this case from Fresno County Superior Court pursuant to 28 U.S.C. §§ 1331, 1332(d)(2), 1441, 1446, and 1453. (Doc. 1.) On June 15, 2018, the parties' filed a stipulation, pursuant to Local Rule 144(a), automatically extending Defendants' deadline to respond to Plaintiff's complaint by 28 days until July 13, 2018. (Doc. 4.) Before Defendants responded to Plaintiff's original complaint, Plaintiff filed a first amended complaint on July 12, 2018. (Doc. 7.)

Before the Court is the parties' "Stipulation to Extend Time to Respond to First Amended

Complaint" filed on July 26, 2018 (the "Stipulation").  (Doc. 10.)  The Court, having reviewed the parties' Stipulation, hereby **GRANTS** the Stipulation and **ORDERS** that Defendants' time to respond to Plaintiff's First Amended Complaint is extended until August 22, 2018.

IT IS SO ORDERED.

Dated:     **July 27, 2018**                              /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE