# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>CARGILL, INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity,<br><br>Defendants. | Case No. 1:18-cv-00792-DAD-SKO<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 27) |

Before the Court is the parties' "Stipulation to Extend Time to Submit Joint Rule 26(F) Report," wherein the parties request that the Court continue the Mandatory Scheduling Conference and deadline for filing the parties' Joint Scheduling Conference Report (the "Stipulation"). (Doc. 27.) The Court, having reviewed the parties' Stipulation, **GRANTS** the Stipulation and, pursuant to Local Rule 144[1], hereby **CONTINUES the Mandatory Scheduling Conference to April 9,**

---

[1] The Stipulation erroneously makes reference to "Local Rule 16-2" as the pertinent Local Rule. In addition, the Stipulation failed to comply with Local Rule 137, which requires that a stipulation be accompanied by a proposed order, both filed and submitted to the Court. *See* L.R. 137(b). Counsel are advised to familiarize themselves with the current version of the Local Rules of this Court to ensure that, going forward, they are in compliance with those Rules.

**2019, at 9:45 AM in Courtroom 7, before Magistrate Judge Sheila K. Oberto.** The parties SHALL file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __**February 4, 2019**__                     ___/s/ *Sheila K. Oberto*___
                                                            UNITED STATES MAGISTRATE JUDGE

2098420v1                                                    2
[PROPOSED] ORDER RE STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING