**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Cody R. Kennedy, Esq. (SBN 296061)
29800 Agoura Road, Suite 210
Agoura Hills, CA  91301
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081
ssaltzman@marlinsaltzman.com
ckennedy@marlinsaltzman.com

Attorneys for Plaintiff MARIBEL TAVARES, et al.

**COZEN O'CONNOR**
Jason E. Barsanti (SBN 235807)
501 W. Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619-234-1700
Facsimile: 619-234-7831
jbarsanti@cozen.com

Attorneys for Defendants CARGILL MEAT SOLUTIONS CORP. and CARGILL, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 1:18-CV-00792-DAD-SKO<br><br>**JOINT STIPULATION TO VACATE BRIEFING SCHEDULE PENDING MEDIATION; ORDER**<br><br>(Doc. 43)<br><br>Magistrate:  Sheila K. Oberto<br>Judge:          Dale A. Drozd<br><br>Complaint Filed:     April 20, 2018<br>Removed:                June 8, 2018<br>First Amended<br>Complaint Filed:     July 12, 2018 |

Plaintiff Maribel Tavares ("Plaintiff") and Defendants Cargill Meat Solutions, Corp. ("CMSC") and Cargill, Inc. ("Cargill") (collectively, the "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, on October 22, 2019, the Court entered an order setting forth various deadlines regarding Plaintiff's Class Certification Briefing and related discovery.

WHEREAS, during October of 2019, the Parties also began to meet and confer regarding potential mediation and resolution of this matter.

WHEREAS, on February 4, 2020, this Court issued a "Standing Order In Light Of Ongoing Judicial Emergency in The Eastern District Of California" to advise litigants and their counsel of several ongoing temporary procedures put in place to help ease the burdens created by the unprecedented caseload of the six presiding California Eastern District Judges. These temporary procedures created a substantial impact on the instant litigation, including discovery, law and motion matters, and eventual trial. As recognized by the Court, "[t]he emergency procedures announced […] are being implemented reluctantly. They are not, in the undersigned's view, conducive to the fair administration of justice. However, the court has been placed in an untenable position in which it simply has no choice."

WHEREAS, the novel COVID-19 virus, began to spread within the United States during this same timeframe and has continued to have a substantial impact on litigation by adding extraordinary burdens and safety concerns when preparing cases for trial.

WHEREAS, throughout these unprecedented developments, the Parties reached an agreement to mediate the matter; however, a mutually agreeable mediator and mediation date had not been selected at that time. The Parties also met and conferred regarding the impact of current events upon the pending discovery and class certification briefing.

WHEREAS, on May 22, 2020, the Court continued all class certification and discovery deadlines in light of the Parties reaching a joint agreement to attend private mediation, setting a new schedule.

WHEREAS, the Parties were unable to complete mediation within the timeline originally planned due to various complications including the separation of Counsel Tina A. Syring-Petrocchi

from Cozen O'Connor, the primary attorney who had been handling mediation meet and confer efforts on behalf of Defendants, and various scheduling and logistical difficulties arising from the COVID-19 pandemic.

WHEREAS, the Parties have resumed their meet and confer efforts and were able to secure a mediation date with esteemed mediator Hon. Carl West (Ret.), on July 26, 2021. The Parties have confirmed that this is the earliest mediation date available that is available and feasible for all Parties involved.

WHEREAS, the Parties recognize that, if a settlement is eventually reached, it would have a substantial positive impact on this Court's caseload, and would serve to avoid the multitude of contemplated burdens faced by both Parties in preparing this putative class action, encompassing several thousand employees, for trial in the midst of a pandemic.

WHEREAS, upon Court approval, the Parties have reached a joint agreement to vacate the currently set scheduling Order (Dkt. No. 42) and to set a joint scheduling conference approximately one-month following the pending mediation session (i.e. August 26, 2021, or as soon after as convenient for the Court) in order to allow for post-mediation negotiations if necessary.

WHEREAS, if mediation is successful, the Parties will submit a proposed briefing schedule for the settlement approval and notice process. If mediation is unsuccessful, the Parties will submit a newly proposed briefing schedule re-setting discovery and class certification deadlines to allow further time for the Parties to conduct formal discovery and prepare their respective briefing re Class Certification.

**IT IS HEREBY STIPULATED**, pending this Court's approval, that the currently set scheduling Order (Dkt. No. 42) shall be vacated, and a joint scheduling conference shall be set August 26, 2021 (one-month post-mediation), or as soon after as may be convenient for the Court.

*(signatures on next page)*

| | | |
|---|---|---|
| 1 | Dated:  February 17, 2021 | COZEN O'CONNOR |
| 2 | | |
| 3 | | By: */s/  Jason Barsanti* |
| | | Jason Barsanti |
| | | Attorneys for Defendants |
| 4 | | Cargill Meat Solutions Corporation |
| 5 | | Cargill, Incorporated |
| 6 | Dated:  February 17, 2021 | MARLIN & SALTZMAN |
| 7 | | By: */s/ Cody R. Kennedy* |
| | | Stanley D. Saltzman |
| 8 | | Cody R. Kennedy |
| | | Attorneys for Plaintiffs |

### Signature Certification

Pursuant to Civil L.R. 5-1(i), I hereby certify that the content of this document is acceptable to Jason Barsanti, Esq., counsel for Defendants, and that I have obtained Mr. Barsanti's authorization to affix his signature to this document.

Respectfully submitted,

Dated:  February 17, 2021          /s/  Cody R. Kennedy
                                   Cody R. Kennedy

**ORDER**

Upon review of the parties' above stipulation (Doc. 43), and good cause appearing, it is hereby ORDERED as follows:

1. The Scheduling Order (Doc. 42) is VACATED; and

2. The status conference to set further scheduling dates, currently set for September 2, 2021, is ADVANCED to August 26, 2021, at 9:30 a.m. in Courtroom 7 before Magistrate Judge Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than August 19, 2021, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) a proposed schedule for class certification motion briefing and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: **February 18, 2021**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE