Jason E. Barsanti (SBN 235807)
jbarsanti@cozen.com
**COZEN O'CONNOR**
501 W. Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619-234-1700
Facsimile:  619-234-7831

Attorneys for Defendants
CARGILL MEAT SOLUTIONS CORP and
CARGILL, INCORPORATED

Stanley D. Saltzman, Esq.
ssaltzman@marlinsaltzman.com
Cody R. Kennedy, Esq.
ckennedy@marlinsaltzman.com
**MARLIN & SALTZMAN, LLP**
29800 Agoura Road, Suite 210
Agoura Hills, CA 91301
Tel: (818) 991-8080
Fax: (818) 991-8081

Edwin Aiwazian, Esq.
edwin@lfjpc.com
edwin@calljustice.com
**LAWYERS for JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020
Fax: (818) 265-1021

Attorneys for Plaintiff
MARIBEL TAVARES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>    Plaintiff,<br><br>    v.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100,<br><br>    Defendants. | Case No.: 1:18-cv-00792-DAD-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE BY THREE WEEKS**<br><br>(Doc. 47)<br><br>Magistrate: Hon. Sheila K. Oberto<br>Judge:        Hon. Dale A. Drozd<br><br>Complaint Filed: April 20, 2018<br>Removed:  June 8, 2018<br>FAC Filed: July 12, 2018<br>SAC Filed: July 30, 2019 |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Plaintiff MARIBEL TAVARES ("Plaintiff") and Defendants CARGILL MEAT SOLUTIONS CORP and CARGILL, INCORPORATED ("Defendants"), hereby file this joint stipulation to request that the Court continue the August 26, 2021 Scheduling Conference by three weeks, to September 16, 2021, or to whichever date that the Court may set.

WHEREAS, the Parties conducted a mediation on July 26, 2021 with Hon. Carl J. West (Ret.) which was not successful.

WHEREAS, there is a Scheduling Conference set for August 26, 2021 at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

WHEREAS, counsel for the Parties conferred on August 19, 2021 to discuss a discovery schedule and case deadlines and agreed that they require additional time to further meet and confer in light of mediation's failure. The Parties agreed that there was good cause to continue the Scheduling Conference by three weeks.

WHEREAS, There are no other hearings or deadlines scheduled in this matter so this brief continuance will not impact the case or cause any undue delay.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED THAT the Scheduling Conference set for August 26, 2021 be continued by three weeks, to September 16, 2021, or to a date that the Court may set.

Dated: August 23, 2021          MARLIN & SALTZMAN, LLP

                                By: */s/ Cody R. Kennedy*
                                    Stanley D. Saltzman, Esq.
                                    Cody R. Kennedy, Esq.
                                    Attorneys for Plaintiff MARIBEL TAVARES

Dated: August 23, 2021          COZEN O'CONNOR

                                By: */s/ Jason E. Barsanti*
                                    Jason E. Barsanti
                                    Attorneys for Defendants
                                    CARGILL MEAT SOLUTIONS CORP and CARGILL, INCORPORATED

# **ORDER**

Based on the parties' above Stipulation (Doc. 47), and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference, currently set for August 26, 2021, is continued to September 30, 2021, at 9:45 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report proposing a schedule for class certification motion briefing by no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **August 23, 2021**                              /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE