**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Cody R. Kennedy, Esq. (SBN 296061)
29800 Agoura Road, Suite 210
Agoura Hills, CA  91301
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081
ssaltzman@marlinsaltzman.com
ckennedy@marlinsaltzman.com

Attorneys for Plaintiff MARIBEL TAVARES, et al.

**COZEN O'CONNOR**
Jason E. Barsanti (SBN 235807)
501 W. Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619-234-1700
Facsimile: 619-234-7831
jbarsanti@cozen.com

Attorneys for Defendants CARGILL MEAT SOLUTIONS CORP. and CARGILL, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>  Plaintiff,<br><br>v.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.: 1:18-CV-00792-DAD-SKO<br><br>**JOINT STIPULATION AND CERTIFICATION BRIEFING SCHEDULE; ORDER**<br><br>(Doc. 49)<br><br>Magistrate:  Sheila K. Oberto<br>Judge:       Dale A. Drozd<br><br>Complaint Filed:  April 20, 2018<br>Removed:          June 8, 2018<br>First Amended<br>Complaint Filed:  July 12, 2018 |

Plaintiff Maribel Tavares ("Plaintiff") and Defendants Cargill Meat Solutions, Corp. ("CMSC") and Cargill, Inc. ("Cargill") (collectively, the "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, in light of the novel Coronavirus pandemic, the issues identified in this Court's February 4, 2020 "Standing Order in Light Of Ongoing Judicial Emergency in The Eastern District Of California," and the Parties' ongoing efforts to resolve this litigation via mediation, the Court previously vacated the Class Certification Briefing schedule in this action.

WHEREAS, on July 26, 2021, the Parties attended mediation, before esteemed mediator Hon. Judge Carl West (Ret.). However, the Parties' mediation efforts were ultimately unsuccessful.

WHEREAS, following the unsuccessful mediation, the Parties met and conferred regarding outstanding and contemplated discovery necessary to prepare for briefing on the issue of class certification.

WHEREAS, the Parties have agreed in principle to a detailed discovery plan including, but not limited to, the issuance of written responses to currently outstanding discovery, the depositions of multiple 30(b)(6) witnesses, the deposition of Plaintiff, and the utilization of a belaire-west notice and opt out procedure and subsequent provision of class member contact information. The Parties are also meeting and conferring over the sufficiency/completeness of extensive time and pay data that was previously produced by Defendants.

WHEREAS, based upon their meet and confer efforts and the contemplated discovery discussed above, the Parties have agreed to the following Class Certification briefing deadlines:

| Deadline | Date |
| --- | --- |
| Plaintiff's Motion for Class Certification | May 30, 2022 |
| Defendants' Opposition to Motion for Class Certification | June 30, 2022 |
| Plaintiff's Reply ISO Class Certification | July 29, 2022 |

WHEREAS, because the Court's decision on the issue of Class Certification will necessarily have a major impact on the scope of trial and any remaining related damages/liability discovery and

analysis, the Parties propose that a further scheduling conference be set sixty (60) days following the filing of Plaintiff's reply brief or as soon after as the matter may be heard. The Parties shall file a Joint Scheduling Report fourteen (14) days prior to such hearing.[1]

**IT IS HEREBY STIPULATED** that, pending this Court's approval, the above identified Class Certification Briefing Schedule shall be adopted by this Court. Plaintiff's Motion for Class Certification shall be filed on or before May 30, 2022. Defendants' Opposition shall be filed on or before June 30, 2022. Plaintiff's Reply briefing shall be filed on or before July 29, 2022. A further Scheduling Conference shall be set for September 15, 2022, or as soon after as the matter may be heard. The Parties will file a Joint Scheduling report at least fourteen (14) days prior to the Scheduling Conference. This stipulation shall not be construed as a waiver of any Parties' rights to later seek modification of this schedule, subject to court approval.

Dated:  September 23, 2021         COZEN O'CONNOR

By: /s/ Jason Barsanti
    Jason Barsanti
    Attorneys for Defendants
    Cargill Meat Solutions Corporation
    Cargill, Incorporated

Dated:  September 23, 2021         MARLIN & SALTZMAN

By: /s/ Cody R. Kennedy
    Stanley D. Saltzman
    Cody R. Kennedy
    Attorneys for Plaintiffs

---

[1] If a decision on Class Certification has not been issued by that time, the Parties will seek to reschedule the contemplated Scheduling Conference to a later date.

**<u>Signature Certification</u>**

Pursuant to Civil L.R. 5-1(i), I hereby certify that the content of this document is acceptable to Jason Barsanti, Esq., counsel for Defendants, and that I have obtained Mr. Barsanti's authorization to affix his signature to this document.

Respectfully submitted,

Dated:  September 23, 2021         /s/  Cody R. Kennedy
                                   Cody R. Kennedy

**ORDER**

Pursuant to the parties' above stipulation (Doc. 49), and for good cause shown, the Court SETS the following dates and deadlines:

1. Plaintiff's motion for class certification shall be filed on or before May 30, 2022;

2. Defendants' opposition shall be filed on or before June 30, 2022;

3. Plaintiff's reply brief in support of the motion shall be filed on or before July 29, 2022;

4. The motion for class certification shall be heard on August 10, 2022, at 9:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge; and

5. A status conference to set further scheduling dates is set for December 22, 2022, at 9:30 a.m. in Courtroom 7 before U.S. Magistrate Judge Sheila K. Oberto.  Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference.  By no later than seven (7) days prior to the conference, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing: (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

The Scheduling Conference, currently set for September 30, 2021, is hereby VACATED.

IT IS SO ORDERED.

Dated:   **September 27, 2021**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE