**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Cody R. Kennedy, Esq. (SBN 296061)
Marissa A. Mayhood, Esq. (SBN 334376)
29800 Agoura Road, Suite 210
Agoura Hills, CA 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
ckennedy@marlinsaltzman.com

Attorneys for Plaintiff MARIBEL TAVARES, et al.

**COZEN O' CONNOR**
Jason E. Barsanti (SBN 235807)
501 W. Broadway, Suite 1610
San Diego, CA 92101
Telephone: 619-234-1700
Facsimile: 619-234-7831
jbarsanti@cozen.com

Attorneys for Defendants CARGILL MEAT SOLUTIONS CORP. and CARGILL, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,

Plaintiff,

v.

CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,

Defendants.

CASE NO.: 1:18-CV-00792-DAD-SKO

**JOINT STIPULATION AND ORDER TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE**

**(Doc. 60)**

Magistrate: Sheila K. Oberto
Judge: Dale A. Drozd

Complaint Filed: April 20, 2018
Removed: June 8, 2018
First Amended Complaint Filed: July 12, 2018

Plaintiff Maribel Tavares ("Plaintiff") and Defendants Cargill Meat Solutions, Corp. ("CMSC") and Cargill, Inc. ("Cargill") (collectively, the "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, the Parties previously agreed, in principle, to a detailed discovery plan including, but not limited to, the issuance of written responses to discovery, the depositions of multiple 30(b)(6) witnesses, the deposition of Plaintiff, and the utilization of a belaire-west notice and opt out procedure and subsequent provision of class member contact information.

WHEREAS, on September 27, 2021, the Court set the following Class Certification briefing deadlines: 1) Plaintiff's Motion for Class Certification shall be filed on or before May 30, 2022; 2) Defendants' Opposition shall be filed on or before June 30, 2022; 3) Plaintiff's Reply shall be filed on or before July 29, 2022.

WHEREAS, the Parties are continuing to meet and confer regarding the discovery items listed above, and agree the Court should continue the Class Certification briefing schedule to facilitate the receipt of additional discovery and provide time for further meet and confer discussions.

WHEREAS, the Parties have initiated the belaire-west notice and opt out procedure, and Plaintiff will receive the list of those putative class members by April 21, 2022.

WHEREAS, the Parties met and conferred regarding the 30(b)(6) witness depositions and determined that there will be approximately nine deponents.

WHEREAS, Defendants intend to provide additional discovery responses for Defendant Cargill Meat Solutions Corp., which are relevant to the 30(b)(6) witness depositions.

WHEREAS, the Parties have agreed that once the agreed upon discovery is produced, they will be able to proceed with the 30(b)(6) witness depositions and request a hearing on a separate discovery matter.

WHEREAS, the Parties have met and conferred regarding contemplated pre-certification motion practice.

/ / /

WHEREAS, based upon the status of current meet and confer efforts, the contemplated discovery, and the contemplated pre-certification motion practice, the Parties have agreed to continue the current Class Certification briefing deadlines by eight (8) months.

| **Deadline** | **Date** |
|---|---|
| Plaintiff's Motion for Class Certification | January 30, 2023 |
| Defendants' Opposition to Motion for Class Certification | March 1, 2023 |
| Plaintiff's Reply ISO Class Certification | March 31, 2023 |

**IT IS HEREBY STIPULATED** that, pending this Court's approval, the above identified Class Certification Briefing Schedule shall be adopted by this Court. Plaintiff's Motion for Class Certification shall be filed on or before January 30, 2023. Defendants' Opposition shall be filed on or before March 1, 2023. Plaintiff's Reply briefing shall be filed on or before March 31, 2023. This stipulation shall not be construed as a waiver of any Parties' rights to later seek modification of this schedule, subject to court approval.

Dated: March 29, 2022

COZEN O'CONNOR

By: */s/ Jason Barsanti*
Jason Barsanti
Attorneys for Defendants
Cargill Meat Solutions Corporation
Cargill, Incorporated

Dated: March 29, 2022

MARLIN & SALTZMAN

By: */s/ Cody R. Kennedy*
Stanley D. Saltzman
Cody R. Kennedy
Marissa A. Mayhood
Attorneys for Plaintiffs

**ORDER**

In view of the parties' foregoing stipulation (Doc. 60), and good cause having been shown (see Fed. R. Civ. P. 16(b)(4)), the Court hereby MODIFIES the prior case schedule (Doc. 51) and SETS the following dates and deadlines:

1. Plaintiff's motion for class certification shall be filed on or before January 30, 2023;
2. Defendants' opposition shall be filed on or before March 1, 2023;
3. Plaintiff's reply brief in support of the motion shall be filed on or before March 31, 2023;
4. The motion for class certification shall be heard on April 19, 2023, at 9:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge; and
5. A status conference to set further scheduling dates is set for September 19, 2023, at 9:30 a.m. in Courtroom 7 before U.S. Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than seven (7) days prior to the conference, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing: (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

The Scheduling Conference, currently set for December 22, 2022, is hereby VACATED.

IT IS SO ORDERED.

Dated: **March 31, 2022**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE