**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Cody R. Kennedy, Esq. (SBN 296061)
Marissa A. Mayhood, Esq. (SBN 334376)
29800 Agoura Road, Suite 210
Agoura Hills, CA  91301
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081
ssaltzman@marlinsaltzman.com
ckennedy@marlinsaltzman.com

Attorneys for Plaintiff MARIBEL TAVARES, et al.

**COZEN O'CONNOR**
Jason E. Barsanti (SBN 235807)
501 W. Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619-234-1700
Facsimile: 619-234-7831
jbarsanti@cozen.com

Attorneys for Defendants CARGILL MEAT SOLUTIONS CORP. and CARGILL, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:18-CV-00792-DAD-SKO<br><br>**JOINT STIPULATION FOR ORDER GRANTING DEFENDANTS LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT AND ORDER**<br><br>(Doc. 62)<br><br>Magistrate:  Sheila K. Oberto<br>Judge:  Dale A. Drozd<br>Complaint Filed: April 20, 2018<br>Removed:  June 8, 2018<br>FAC Filed:  July 12, 2018 |

# **STIPULATION**

Plaintiff MARIBEL TAVARES ("Plaintiff") and Defendants CARGILL INCORPORATED and CARGILL MEAT SOLUTIONS CORP. ("Defendants"), by and through their respective counsel, stipulate as follows:

Pursuant to Fed. Rules of Civil Procedure Rule 15(a)(2) and with the consent of Plaintiff, Defendants request that the Court enter an order granting Defendants' leave to amend their answer to Plaintiff's Second Amended Class Action Complaint to add a fourteenth and fifteenth affirmative defense. A copy of Defendants' proposed Amended Answer to Plaintiff's Second Amended Class Action Complaint is attached hereto as **Exhibit A**. The Parties agree that the Court should grant the requested leave because justice so requires.

Defendants will file their Amended Answer to Plaintiff's Second Amended Class Action Complaint within three court days of the requested Court Order.

IT IS SO STIPULATED AND AGREED.

Dated: April 12, 2022                                COZEN O'CONNOR

By: */s/ Jason Barsanti*
Jason Barsanti
Attorneys for Defendants
Cargill Meat Solutions Corporation
Cargill, Incorporated

Dated: April 12, 2022                                MARLIN & SALTZMAN

By: */s/ Cody R. Kennedy*
Stanley D. Saltzman
Cody R. Kennedy
Marissa A. Mayhood
Attorneys for Plaintiffs

# **ORDER**

Pursuant to the parties' above stipulation (Doc. 62), and for good cause shown, IT IS HEREBY ORDERED that Defendants are granted leave to amend their answer to Plaintiff's Second Amended Class Action Complaint, a copy of which is attached to the stipulation as Exhibit "A."  Defendants shall file their Amended Answer to Plaintiff's Second Amended Class Action Complaint by no later than April 18, 2022.

IT IS SO ORDERED.

Dated:   **April 13, 2022**              /s/ *Sheila K. Oberto*              
                                         UNITED STATES MAGISTRATE JUDGE