**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Cody R. Kennedy, Esq. (SBN 296061)
Marissa A. Mayhood, Esq. (SBN 334376)
29800 Agoura Road, Suite 210
Agoura Hills, CA  91301
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081
ssaltzman@marlinsaltzman.com
ckennedy@marlinsaltzman.com

Attorneys for Plaintiff MARIBEL TAVARES, et al.

**COZEN O'CONNOR**
Jason E. Barsanti (SBN 235807)
501 W. Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619-234-1700
Facsimile: 619-234-7831
jbarsanti@cozen.com

Attorneys for Defendants CARGILL MEAT SOLUTIONS CORP. and CARGILL, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 1:18-CV-00792-ADA-SKO<br><br>**JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE; ORDER**<br><br>**(Doc. 70)**<br><br>Magistrate:　Sheila K. Oberto<br>Judge:　　　Ana de Alba<br><br>Complaint Filed:　April 20, 2018<br>Removed:　　　　June 8, 2018<br>First Amended<br>Complaint Filed:　July 12, 2018 |

Plaintiff Maribel Tavares ("Plaintiff") and Defendants Cargill Meat Solutions, Corp. ("CMSC") and Cargill, Inc. ("Cargill") (collectively, the "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, on March 31, 2022, the Court set the following Class Certification briefing schedule: 1) Plaintiff's Motion for Class Certification shall be filed on or before January 30, 2023; 2) Defendants' Opposition shall be filed on or before March 1, 2023; 3) Plaintiff's Reply shall be filed on or before March 31, 2023.

WHEREAS, the Parties have engaged in various discovery including, but not limited to, the issuance of written responses to discovery, the depositions of multiple 30(b)(6) witnesses, and the utilization of a belaire-west notice and opt out procedure and subsequent provision of class member contact information.

WHEREAS, the Parties have agreed to further mediate this matter and have inquired whether esteemed mediator Hon. Judge Carl West (Ret.), who previously mediated this matter, is available.

WHEREAS, based upon their meet and confer efforts and to allow the Parties to focus on the mediation discussed above without prejudice, the Parties have agreed to continue the Class Certification briefing deadlines by approximately ninety (90) days:

| **Deadline** | **Date** |
|---|---|
| Plaintiff's Motion for Class Certification | May 1, 2023 |
| Defendants' Opposition to Motion for Class Certification | May 30, 2023 |
| Plaintiff's Reply ISO Class Certification | June 29, 2023 |

**IT IS HEREBY STIPULATED** that, pending this Court's approval, the above identified Class Certification Briefing Schedule shall be adopted by this Court. Plaintiff's Motion for Class Certification shall be filed on or before May 1, 2023. Defendants' Opposition shall be filed on or before May 30, 2023. Plaintiff's Reply briefing shall be filed on or before June 29, 2023. The further Scheduling Conference set for September 19, 2023, at 9:30 a.m. shall be vacated and rescheduled for

90 days after the Class Certification Hearing or as soon thereafter as the matter may be heard. The Parties will file a Joint Scheduling report at least fourteen (14) days prior to the rescheduled Scheduling Conference. This stipulation shall not be construed as a waiver of any Parties' rights to later seek modification of this schedule, subject to court approval.

Dated:  August 31, 2022                COZEN O'CONNOR

By: /s/ Jason Barsanti
    Jason Barsanti
    Attorneys for Defendants
    Cargill Meat Solutions Corporation
    Cargill, Incorporated

Dated:  August 31, 2022                MARLIN & SALTZMAN

By: /s/ Cody R. Kennedy
    Stanley D. Saltzman
    Cody R. Kennedy
    Marissa A. Mayhood
    Attorneys for Plaintiffs

**<u>Signature Certification</u>**

Pursuant to Civil L.R. 5-1(i), I hereby certify that the content of this document is acceptable to Jason Barsanti, Esq., counsel for Defendants, and that I have obtained Mr. Barsanti's authorization to affix his signature to this document.

Respectfully submitted,

Dated:  August 31, 2022                     /s/  Cody R. Kennedy
                                            Cody R. Kennedy

**ORDER**

In view of the parties' foregoing stipulation (Doc. 70), and good cause having been shown (*see* Fed. R. Civ. P. 16(b)(4))), the Court hereby MODIFIES the prior briefing schedule (Doc. 61) and SETS the following dates and deadlines:

1. Plaintiff's motion for class certification shall be filed on or before May 1, 2023;
2. Defendants' opposition shall be filed on or before May 30, 2023;
3. Plaintiff's reply brief in support of the motion shall be filed on or before June 29, 2023;
4. The motion for class certification shall be heard on August 2, 2023, at 9:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge; and
5. A status conference to set further scheduling dates is set for January 18, 2024, at 9:30 a.m. in Courtroom 7 before U.S. Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than seven (7) days prior to the conference, the parties shall file and email skoorders@caed.uscourts.gov in MS Word format a report providing: (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:   **September 1, 2022**          /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE