**COZEN O'CONNOR**
Jason E. Barsanti (SBN 235807)
jbarsanti@cozen.com
Brett Greving (SBN 270883)
bgreving@cozen.com
501 W. Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619-234-1700
Facsimile: 619-234-7831

Attorneys for Defendants
CARGILL MEAT SOLUTIONS CORP and
CARGILL, INCORPORATED

**MARLIN & SALTZMAN, LLP**
Cody R. Kennedy, Esq. (SBN 296061)
Marissa Mayhood, Esq. (SBN 334376)
29800 Agoura Road, Suite 210
Agoura Hills, CA   91301
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081
ckennedy@marlinsaltzman.com
mmayhood@marlinsaltzman.com

Attorneys for Plaintiff MARIBEL TAVARES, et al

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br>　　　　Defendants. | Case No.: 1:18-CV-00792-ADA-SKO<br><br>**JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE; ORDER**<br><br>(Doc. 75)<br><br>Judge:　　Hon. Ana de Alba<br>Magistrate: Hon. Sheila K. Oberto<br><br>Complaint Filed:  April 20, 2018<br>Removed:　June 8, 2018<br>FAC Filed: July 12, 2018<br>SAC Filed: July 30, 2019 |

-1-

|   |   |
|---|---|
| 1 | Plaintiff Maribel Tavares ("Plaintiff") and Defendants Cargill Meat |
| 2 | Solutions, Corp. ("CMSC") and Cargill, Inc. ("Cargill," collectively with CMSC |
| 3 | referred to as "Defendants") (Plaintiff and Defendants are collectively referred to |
| 4 | as the "Parties"), by and through their attorneys of record in this case, stipulate and |
| 5 | agree as follows: |

Plaintiff Maribel Tavares ("Plaintiff") and Defendants Cargill Meat Solutions, Corp. ("CMSC") and Cargill, Inc. ("Cargill," collectively with CMSC referred to as "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, on September 2, 2022, the Court set the following Class Certification briefing schedule pursuant to the Parties' Stipulation to Continue Class Certification Briefing Schedule (ECF No. 70): (1) Plaintiff's Motion for Class Certification shall be filed on or before May 1, 2023; (2) Defendants' Opposition shall be filed on or before May 30, 2023; and (3) Plaintiff's Reply shall be filed on or before June 29, 2023.

WHEREAS, due to Defendants' counsel's personal emergency, the Parties have agreed to briefly continue the Parties' respective deadlines to file their Opposition and Reply, as follows:

| Deadline | Date |
|---|---|
| Defendants' Opposition to Motion for Class Certification | June 6, 2023 |
| Plaintiff's Reply ISO Class Certification | July 10, 2023 |

**IT IS HEREBY STIPULATED** that, pending this Court's approval, the above-identified, amended Class Certification Briefing Schedule shall be adopted by this Court. Defendants' Opposition shall be filed on or before June 6, 2023. Plaintiff's Reply briefing shall be filed on or before July 10, 2023. This continuance shall not affect the date of the hearing on the Motion for Class Certification on August 2, 2023, at 9:30 a.m., nor the date of the Scheduling Conference on January 18, 2024, at 9:30 a.m.  This stipulation shall not be construed as a waiver of any Parties' rights to later seek modification of this schedule, subject to court approval.

| | | |
|---|---|---|
| 1 | Dated: May 25, 2023 | COZEN O'CONNOR |
| 2 | | By: */s/ Brett Greving* |
| 3 | | Jason Barsanti |
| 4 | | Brett Greving |
| | | Attorneys for Defendants |
| 5 | | Cargill Meat Solutions Corporation |
| 6 | | Cargill, Incorporated |
| 7 | | |
| 8 | Dated: May 25, 2023 | MARLIN & SALTZMAN |
| 9 | | By: */s/ Marissa Mayhood* |
| 10 | | |
| 11 | | Cody R. Kennedy |
| | | Marissa Mayhood |
| 12 | | Attorneys for Plaintiff |

-3-
**JOINT STIPULATION TO CONTINUE
CLASS CERTIFICATION BRIEFING SCHEDULE; ORDER
Case No.: 1:18-CV-00792-ADA-SKO**

## Signature Certification

Pursuant to Civil L.R. 5-1(i), I hereby certify that the content of this document is acceptable to Marissa Mayhood, Esq., counsel for Plaintiff, and that I have obtained Ms. Mayhood's authorization to affix her signature to this document.

Respectfully submitted,

Dated:  May 25, 2023                          /s/  Brett Greving
                                              Brett Greving

-4-

**JOINT STIPULATION TO CONTINUE
CLASS CERTIFICATION BRIEFING SCHEDULE; ORDER
Case No.: 1:18-CV-00792-ADA-SKO**

# ORDER

In view of the parties' foregoing stipulation (Doc. 75), and good cause having been shown (*see* Fed. R. Civ. P. 16(b)(4))), the Court hereby MODIFIES the prior briefing schedule (Doc. 71) and SETS the following dates and deadlines:

1. Defendants' Opposition to Plaintiff's Motion for Class Certification shall be filed on or before June 6, 2023;
2. Plaintiff's Reply shall be filed on or before July 10, 2023; and
3. The hearing date remains as set.

IT IS SO ORDERED.

Dated:   **May 30, 2023**                    */s/ Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE