Jason E. Barsanti (SBN 235807)
jbarsanti@cozen.com
**COZEN O'CONNOR**
501 W. Broadway, Suite 1610
San Diego, CA  92101
Telephone: (619)234-1700
Facsimile: (619)234-7831

Brett Greving (SBN 270883)
bgreving@cozen.com
**COZEN O'CONNOR**
101 Montgomery Street, Suite 1400
San Francisco, CA  94104
Telephone: (415)644-0914
Facsimile: (415)644-0978

Attorneys for Defendants
CARGILL MEAT SOLUTIONS
CORPORATION and
CARGILL, INCORPORATED

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br>Defendants. | Case No.: 1:18-CV-00792-ADA-SKO<br><br>**DEFENDANTS' NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br>**Date: August 2, 2023**<br>**Time: 9:30 a.m.**<br><br>Magistrate:    Sheila K. Oberto<br>Judge:              Ana de Alba<br><br>Complaint Filed: April 20, 2018<br>Removed:              June 8, 2018<br>FAC Filed:             July 12, 2018<br>SAC Filed:             July 30, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rules 140 and 141, Defendants Cargill Incorporated ("Cargill") and Cargill Meat Solutions Corp. ("CMSC," collectively with Cargill referred to as "Defendants") hereby give notice of Defendants' Request to Seal Documents lodged in connection with Defendants' Opposition to Plaintiff Maribel Tavares's ("Plaintiff") Motion for Class Certification.

A.   **DOCUMENTS TO BE SEALED**

Defendants request that this Court seal the following documents ("Confidential Documents") which were designated as "CONFIDENTIAL" under the parties' Stipulated Protective Order (ECF No. 67, "Protective Order"), pursuant to the terms of the Protective Order:

1. Redacted portions of pages 62-63, 65, and 68-69 of Plaintiff's deposition transcript (attached as Exhibit A to the Declaration of Brett Greving in support of Defendants' Opposition to Motion for Class Certification ["Greving Decl."], DEF-RTS000002-6);

2. Exhibit 10 to the deposition transcript of Carla Bettencourt (attached as Exhibit B to the Greving Decl., DEF-RTS000008);

3. Exhibit 2 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000010);

4. Exhibit 3 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000011-86);

5. Exhibit 4 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000087-94);

6. Exhibit 5 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000095-98);

7. Exhibit 6 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000099-101);

8. Exhibit 7 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000102-113);

9. Exhibit 8 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000114-119);

10. Exhibit 9 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000120-130);

11. Exhibit 10 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000131-142);

12. Exhibit 11 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000143);

13. Exhibit 12 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000144-147);

14. Exhibit 13 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000148-151);

15. Exhibit 14 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000152-163);

16. Exhibit 15 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000164-167);

17. Exhibit 16 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000168-179);

18. Exhibit 17 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000180);

19. Exhibit 18 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000263);

20. Exhibit 19 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000264-340);

21. Exhibit 20 to the deposition transcript of Tanya Teeter (attached as Exhibit C to the Greving Decl., DEF-RTS000341-419);

22. Exhibit 2 to the deposition transcript of Vijay Heer (attached as Exhibit D to the Greving Decl., DEF-RTS000421-428);

23. Exhibit 3 to the deposition transcript of Vijay Heer (attached as Exhibit D to the Greving Decl., DEF-RTS000429-432);

24. Exhibit 4 to the deposition transcript of Vijay Heer (attached as Exhibit D to the Greving Decl., DEF-RTS000433-435); and

25. Exhibit 7 to the deposition transcript of Vijay Heer (attached as Exhibit D to the Greving Decl., DEF-RTS000436-514).

**B.   BASIS OF REQUEST TO SEAL**

Pursuant to the Protective Order in this case (ECF No. 67), where a party wishes to file any documents or information that have been designated as "CONFIDENTIAL," said materials must be filed under seal pursuant to the Local Civil Rules, including the Eastern District of California's Local Rule 141. (See ECF No. 67 [Protective Order] at ¶ 13.4.) Defendants seek to seal the Confidential Documents on the grounds that they contain or comprise confidential, commercially sensitive, and proprietary information and would harm Defendants' interests if disclosed. Good cause and/or compelling reasons exist to seal the Confidential Documents for the reasons set forth above and in Defendants' Request to Seal Documents ("Request"). Defendants will submit the Request to the Court (with a copy to all counsel of record) with the [Proposed] Order and Confidential Documents covered by the Request by email at adaorders@caed.uscourts.gov on June 6, 2023. The Confidential Documents Defendants will submit with the Request total 514 pages (including slipsheets), and are consecutively paginated as identified above.

/ / /

/ / /

/ / /

C. **TRANSMISSION OF REQUEST TO SEAL AND MANNER OF SERVICE ON ALL PARTIES**

Pursuant to Local Rule 141(b), Defendants will transmit a Request to Seal Documents, Proposed Order, and the Confidential Documents to the Court via email at adaorders@caed.uscourts.gov, the same day as the filing of this Notice. Defendants will also electronically serve copies of said materials on all counsel of record the same day as the filing of this Notice.

Dated: June 6, 2023                           COZEN O'CONNOR

                                              By:  */s/ Brett Greving*
                                                   Jason Barsanti
                                                   Brett Greving
                                                   Attorneys for Defendants
                                                   CARGILL MEAT SOLUTIONS CORP
                                                   and CARGILL, INCORPORATED