**MARLIN & SALTZMAN, LLP**
Cody R. Kennedy, Esq. (SBN 296061)
29800 Agoura Road, Suite 210
Agoura Hills, California  91301
Telephone:     (818) 991-8080
Facsimile:      (818) 991-8081
ckennedy@marlinsaltzman.com

**LAWYERS FOR JUSTICE, PC**
Edwin Aiwazian, Esq. (SBN 232943)
Elizabeth Parker-Fawley, Esq. (SBN 301592)
410 W. Arden Avenue, Suite 203
Glendale, California  91203
Telephone:   (818) 265-1020
Facsimile:    (818) 265-1021
edwin@calljustice.com
elizabeth@calljustice.com

Attorneys for Plaintiff MARIBEL TAVARES, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 1:18-CV-00792-ADA-SKO<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Magistrate:  Sheila K. Oberto<br>Judge:          Ana de Alba<br><br>Complaint Filed:   April 20, 2018<br>Removed:              June 8, 2018<br>First Amended<br>Complaint Filed:   July 12, 2018 |

**PLEASE TAKE NOTICE** that effective immediately, the following attorneys from Marlin & Saltzman, LLP are no longer counsel of record for Plaintiffs in this action, for the reasons stated below:

<u>Stanley D. Saltzman</u>, SBN 90058:  Deceased

<u>Marissa A. Mayhood</u>, SBN 334376:  No longer with Marlin & Saltzman

All other counsel named in the caption remain attorneys of record for Plaintiffs and the members of the putative class.

DATED:  July 26, 2023          **MARLIN & SALTZMAN**

By:   *s/ Cody R. Kennedy*
      Cody R. Kennedy
      Attorneys for Plaintiffs