**MARLIN & SALTZMAN, LLP**
Cody R. Kennedy, Esq. (SBN 296061)
29800 Agoura Road, Suite 210
Agoura Hills, CA  91301
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081
ckennedy@marlinsaltzman.com

Attorneys for Plaintiff
MARIBEL TAVARES

**COZEN O'CONNOR**
Jason E. Barsanti (SBN 235807)
501 W. Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619-234-1700
Facsimile: 619-234-7831
jbarsanti@cozen.com

Attorneys for Defendants CARGILL MEAT SOLUTIONS CORPORATION and CARGILL, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 1:18-CV-00792-ANA-SKO<br><br>**JOINT STIPULATION GRANTING DEFENDANTS AN EXTENSTION TO FILE THEIR RESPONSES TO PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS REGARDING MOTION FOR CLASS CERTIFICATION; ORDER**<br><br>Magistrate:    Sheila K. Oberto<br>Judge:           Ana de Alba<br><br>Complaint Filed: April 20, 2018<br>Removed:           June 8, 2018<br>FAC Filed:          July 12, 2018<br>SAC Filed:         July 30, 2019 |

**JOINT STIPULATION GRANTING DEFENDANTS AN EXTENSTION TO FILE THEIR RESPONSES TO PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS REGARDING MOTION FOR CLASS CERTIFICATION - CASE NO. 1:18-CV-00792-ANA-SKO**

Plaintiff MARIBEL TAVARES ("Plaintiff") and Defendants CARGILL INCORPORATED and CARGILL MEAT SOLUTIONS CORPORATION ("Defendants"), by and through their respective counsel, stipulate as follows:

## **RECITALS**

Plaintiff's Motion for Class Certification in this case was filed on May 1, 2023, (Dkt. 72);

Plaintiff's Motion for Class Certification was referred to Magistrate Judge Sheila K. Oberto for findings and recommendations pursuant to 28 U.S.C. § 636(b) (Dkt. 40 at 3);

On June 6, 2023, Defendants filed an Opposition to Plaintiff's Motion for Class certification (Dkt. 77) and Plaintiff filed her reply on July 10, 2023 (Dkt. 80.);

On October 11, 2023, Magistrate Judge Sheila K. Oberto issued Findings and Recommendation that Plaintiff's Class Certification Motion be denied (Dkt. 84.);

On October 25, 2023, Plaintiff filed Objections to the Findings and Recommendations, pursuant to 28 U.S.C. § 636(b)(1)(C) (Dkt. 85); and

Defendants' Response to Plaintiff's Objections to the Findings and Recommendations are due with 14 days, or by November 8, 2023, under LR 304;

Due to an unforeseen emergency, Defendants require a brief extension of time to file their Responses to Plaintiff's Objections, up to and including November 14, 2023.

Plaintiff has consented to the brief extension.

The Parties agree that the Court should grant the requested extension for good cause and because justice so requires.

Therefore, the Parties request that the Court enter an order granting Defendants an extension of time to file their Responses to Plaintiff's Objections, up to and including, November 14, 2023.

IT IS SO STIPULATED AND AGREED.

Dated: November 7, 2023                                COZEN O'CONNOR

By: */s/ Jason Barsanti*
Jason Barsanti
Brett Greving
Attorneys for Defendants
CARGILL MEAT SOLUTIONS CORPORATION
CARGILL, INCORPORATED

Dated: November 7, 2023                                MARLIN & SALTZMAN

By: */s/*
Cody R. Kennedy
Attorneys for Plaintiff
MARIBEL TAVARES

## ORDER

The Court having, reviewed the foregoing Stipulation (Doc. 86), and good cause appearing, IT IS HEREBY ORDERED that Defendants are granted an extension of time to file their Responses to Plaintiff's Objections to the Findings and Recommendations (Doc. 85), pursuant to 28 U.S.C. § 636(b)(1)(C) up to and including, November 14, 2023.

The status conference (Doc. 71) set for January 18, 2024, at 9:30 a.m. in Courtroom 7 before U.S. Magistrate Judge Sheila K. Oberto remains as set.

IT IS SO ORDERED.

Dated: **November 8, 2023**                          */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION FOR ORDER GRANTING DEFENDANTS LEAVE TO FILE THEIR RESPONSES TO PLAINTIFF'S OBJECTIONS AND ORDER
CASE NO. 1:18-CV-00792-ANA-SKO**