**AMARLIN & SALTZMAN, LLP**
Cody R. Kennedy, Esq. (SBN 296061)
29800 Agoura Road, Suite 210
Agoura Hills, CA   91301
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081
ckennedy@marlinsaltzman.com

Attorneys for Plaintiff MARIBEL TAVARES, et al.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Richard H. Rahm CA Bar No. 130728
richard.rahm@ogletree.com
Timothy L. Reed CA Bar No. 258034
timothy.reed@ogletree.com
Ethan Lai CA Bar No. 347130
ethan.lai@ogletree.com
One Embarcadero Center, Suite 900
San Francisco, California  94111
Telephone: 415-442-4810
Facsimile: 415-442-4870

Attorneys for Defendants CARGILL MEAT SOLUTIONS CORP. and CARGILL, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 1:18-CV-00792-KES-SKO<br><br>**JOINT STIPULATION AND UNOPPOSED MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER**<br><br>**(Doc. 97)** |

Plaintiff Maribel Tavares ("Plaintiff") and Defendants Cargill Meat Solutions, Corp. ("CMSC") and Cargill, Inc. ("Cargill") (collectively, the "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, on October 4, 2024 the Parties filed a Notice of Class Action Settlement (Dkt. 95); however, the Parties indicated that a long-form settlement agreement was still being drafted.

WHEREAS, on October 7, 2024, the Court set the deadline to file Plaintiff's Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement for November 18, 2024 (Dkt. 96).

WHEREAS, the Parties have now completed the long-form settlement agreement and are currently in the process of obtaining final signatures.

WHEREAS, the Parties have met and conferred and agree that a brief thirty (30) day extension of the deadline to file Plaintiff's Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement is necessary and warranted to allow Plaintiffs' Counsel sufficient time to complete their briefing.

**IT IS HEREBY STIPULATED** that, pending this Court's approval, the deadline to file Plaintiff's Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement shall be continued by thirty (30) days to December 18, 2024 or as soon thereafter as the Court deems necessary.

Dated: November 7, 2024        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Richard H. Rahm*
　　　Richard H. Rahm
　　　Timothy L. Reed
　　　Ethan Lai

　　　Attorneys for Defendants Cargill Meat
　　　Solutions Corporation, Cargill, Incorporated

*(signatures continued on next page)*

1  Dated:  November 7, 2024					**MARLIN & SALTZMAN, LLP**

2						By: */s/ Cody R. Kennedy*
3						       Cody R. Kennedy

4						Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

In view of the parties' foregoing stipulation (Doc. 97), and good cause having been shown (see Fed. R. Civ. P. 16(b)(4)), the Court hereby continues the prior deadline to file Plaintiff's Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement (Doc. 96) for 30 days to December 18, 2024.

IT IS SO ORDERED.

Dated:  **November 14, 2024**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE