UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL TAVARES, individually and on behalf of other members of the general public similarly situated and on behalf of the aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL, INCORPORATED, et al,<br><br>Defendant. | No. 1:18-cv-00792-KES-SKO<br><br>ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING OR DOCUMENTATION AND CONTINUING HEARING DATE TO MARCH 3, 2025<br><br>(Doc. 101) |

On December 23, 2024, plaintiff Maribel Tavares filed a motion for preliminary approval of the parties' class action settlement. Doc. 101 ("motion"). Defendants do not oppose plaintiff's motion. The court has reviewed plaintiff's motion and requires additional information in evaluating whether to preliminarily approve the parties' settlement in this class action.

The parties are directed to file supplemental briefing or declaration(s) addressing the following:

1. the basis for the estimated class size;
2. the estimated maximum value of the class members' claims and the basis for calculating those values;
3. the estimated average payments to be made to class members;

1

4. whether the parties have served the proposed settlement on appropriate state and/or federal officials;

5. the adequacy of the proposed notice, which does not provide an estimate or approximate range of potential individual payments to class members.

Some of the information to be provided in supplemental briefing – such as the estimated payments to be made to class members – may impact a review of the fairness and reasonableness of the proposed settlement. The parties may provide any additional supplemental information they believe would assist the court in ruling on the pending motion. Counsel may also supplement their explanation of why the proposed settlement is fair and reasonable in light of the new information provided.

Accordingly, IT IS HEREBY ORDERED that the parties shall file supplemental briefing and/or declaration(s) addressing these issues within twenty-one (21) days from the date of entry of this order. The hearing on the motion for preliminary approval is continued from February 3, 2025, to March 3, 2025, at 1:30 p.m., in Courtroom 6.

IT IS SO ORDERED.

Dated:  January 28, 2025

UNITED STATES DISTRICT JUDGE

2