**MARLIN & SALTZMAN, LLP**
Cody R. Kennedy, Esq. (SBN 296061)
2945 Townsgate Road, Suite 200
Westlake Village, California  91361
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081
ckennedy@marlinsaltzman.com

Attorneys for Plaintiff MARIBEL TAVARES, et al.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Richard H. Rahm CA Bar No. 130728
richard.rahm@ogletree.com
Timothy L. Reed CA Bar No. 258034
timothy.reed@ogletree.com
Ethan Lai CA Bar No. 347130
ethan.lai@ogletree.com
One Embarcadero Center, Suite 900
San Francisco, California  94111
Telephone: 415-442-4810
Facsimile: 415-442-4870

Attorneys for Defendants CARGILL MEAT SOLUTIONS CORP. and CARGILL, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 1:18-CV-00792-KES-SKO<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL BRIEFING ISO MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER**<br><br>Magistrate:  Sheila K. Oberto<br>Judge:  Kirk E. Sherriff<br><br>NEW DATE: March 17, 2025<br>TIME:  1:30 p.m.<br>CTRM:  6<br><br>Complaint Filed:  April 20, 2018<br>Removed:  June 8, 2018<br>First Amd Complaint Filed: July 12, 2018 |

Plaintiff Maribel Tavares ("Plaintiff") and Defendants Cargill Meat Solutions, Corp. ("CMSC") and Cargill, Inc. ("Cargill") (collectively, the "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, on December 23, 2024 Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement.

WHEREAS, on January 28, 2025, the Court issued an Order continuing the hearing on Plaintiff's Motion for Preliminary Approval to March 3, 2025, and further ordering supplemental briefing to be filed by Plaintiffs on or before February 19, 2025 (Dkt. 103).

WHEREAS, Plaintiff's Counsel has determined that additional time is necessary to comply with the Court's Order for supplemental briefing.

WHEREAS, the Parties have stipulated to a short fourteen (14) day continuance of Plaintiff's deadline to file Supplemental Briefing and the pending Motion for Preliminary Approval hearing date, pending the Court's approval.

**IT IS HEREBY STIPULATED** that, pending this Court's approval, the deadline to file Plaintiff's Supplemental Briefing in Support of Motion for Certification of Class Action Settlement shall be continued by fourteen (14) days to March 5, 2025, and that the hearing on Plaintiffs' Motion shall also be continued by fourteen (14) days to March 17, 2025, or as soon thereafter as may be convenient for the Court.

Dated: February 12, 2025         **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Richard H. Rahm*
    Richard H. Rahm
    Timothy L. Reed
    Ethan Lai

    Attorneys for Defendants Cargill Meat
    Solutions Corporation, Cargill, Incorporated

(signatures continued on next page)

| | |
|---|---|
| Dated: February 12, 2025 | **MARLIN & SALTZMAN, LLP** |
| | By: */s/ Cody R. Kennedy* |
| | Cody R. Kennedy |
| | Attorneys for Plaintiffs |

### Signature Certification

Pursuant to Civil L.R. 5-1(i), I hereby certify that the content of this document is acceptable to Richard H. Rahm, Esq., counsel for Defendants, and that I have obtained Mr. Rahm's authorization to affix his signature to this document.

                                          Respectfully submitted,

Dated: February 12, 2025                 /s/ Cody R. Kennedy
                                          Cody R. Kennedy

## **ORDER**

In view of the parties' foregoing stipulation (Doc. 106), and good cause having been shown, the Court hereby continues the prior deadline to file Plaintiff's Supplemental Briefing in support of Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement (Doc. 103) by fourteen (14) days to March 5, 2025, and continues the hearing on Plaintiffs' Motion by fourteen (14) days to March 17, 2025.

IT IS SO ORDERED.

Dated:   February 13, 2025

UNITED STATES DISTRICT JUDGE