1  **MARLIN & SALTZMAN, LLP**
   Cody R. Kennedy, Esq. (SBN 296061)
2  2945 Townsgate Road, Suite 200
   Westlake Village, California   91361
3  Telephone: (818) 991-8080
   Facsimile:  (818) 991-8081
4  ckennedy@marlinsaltzman.com

5     Attorneys for Plaintiff MARIBEL TAVARES, et al.

6  **OGLETREE, DEAKINS, NASH, SMOAK &**
   **STEWART, P.C.**
7  Richard H. Rahm CA Bar No. 130728
   richard.rahm@ogletree.com
8  Timothy L. Reed CA Bar No. 258034
   timothy.reed@ogletree.com
9  Ethan Lai CA Bar No. 347130
   ethan.lai@ogletree.com
10 One Embarcadero Center, Suite 900
   San Francisco, California  94111
11 Telephone: 415-442-4810
   Facsimile: 415-442-4870
12

13    Attorneys for Defendants CARGILL MEAT SOLUTIONS
      CORP. and CARGILL, INCORPORATED
14

15                  UNITED STATES DISTRICT COURT

16        EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

17  MARIBEL TAVARES, individually, and on    ) CASE NO.: 1:18-CV-00792-KES-SKO
    behalf of other members of the general public )
18  similarly situated and on behalf of other   ) **JOINT STIPULATION TO CONTINUE**
    aggrieved employees pursuant to the California ) **DEADLINE TO FILE SUPPLEMENTAL**
19  Private Attorneys General Act,           ) **BRIEFING ISO MOTION FOR**
                                             ) **CERTIFICATION OF THE SETTLEMENT**
20                       Plaintiff,          ) **CLASS AND PRELIMINARY APPROVAL**
                                             ) **OF CLASS ACTION SETTLEMENT;**
21  v.                                       ) **ORDER**
                                             )
22  CARGILL INCORPORATED, an unknown         ) Magistrate:   Sheila K. Oberto
    business entity; CARGILL MEAT SOLUTIONS  ) Judge:        Kirk E. Sherriff
23  CORP, an unknown business entity; and DOES 1 )
    through 100, inclusive,                  ) DATE:        March 17, 2025
24                                           ) TIME:        1:30 p.m.
                         Defendants.         ) CTRM:        6
25                                           )
                                             ) Complaint Filed:     April 20, 2018
26                                           ) Removed:             June 8, 2018
                                             ) First Amd Complaint Filed: July 12, 2018
27  _____)
28

─────────────────────────────────────────────────
JOINT STIP TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL BRIEFING

Plaintiff Maribel Tavares ("Plaintiff") and Defendants Cargill Meat Solutions, Corp. ("CMSC") and Cargill, Inc. ("Cargill") (collectively, the "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, on December 23, 2024, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement.

WHEREAS, on January 28, 2025, the Court issued an Order continuing the hearing on Plaintiff's Motion for Preliminary Approval to March 3, 2025, and further ordering supplemental briefing to be filed by Plaintiff on or before February 19, 2025 (Dkt. 103).

WHEREAS, on February 13, 2025, the Court granted a 14 day extension of Plaintiff's deadline to March 5, 2025 (Dkt. 107).

WHEREAS, while preparing the supplemental briefing, Cargill indicated to Plaintiff's Counsel that it had begun the process of having a data analytics team re-analyze the class data. Cargill has likewise indicated that it intends to file a supplemental declaration providing an updated count of the number of putative class members and workweeks falling within the settlement period.

WHEREAS, on March 5, 2025, Plaintiff's Counsel were informed by Cargill that the data analysis was still ongoing, but could potentially include a higher number of class members and workweeks than previously identified.

WHEREAS, it is anticipated that the results of Defendants' analysis may impact Plaintiff's supplemental briefing, and may potentially alter the total amount of the settlement should the settlement agreement's escalator clause be triggered.

WHEREAS, the Parties believe that additional time is necessary to comply with the Court's Order for supplemental briefing in light of these developments.

WHEREAS, the Parties have stipulated to a thirty (30) day continuance of Plaintiff's deadline to file Supplemental Briefing and the pending Motion for Preliminary Approval hearing date, pending the Court's approval.

**IT IS HEREBY STIPULATED** that, pending this Court's approval, the deadline to file Plaintiff's Supplemental Briefing in Support of Motion for Certification of Class Action Settlement

shall be continued by thirty (30) days to April 4, 2025, and that the hearing on Plaintiffs' Motion shall also be continued by thirty (30) days to April 16, 2025, or as soon thereafter as may be convenient for the Court.

Dated:  March 5, 2025                    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                                         By: */s/  Richard H. Rahm*
                                               Richard H. Rahm
                                               Timothy L. Reed
                                               Ethan Lai

                                         Attorneys for Defendants Cargill Meat
                                         Solutions Corporation, Cargill, Incorporated


Dated:  March 5, 2025                    **MARLIN & SALTZMAN, LLP**

                                         By: */s/ Cody R. Kennedy*
                                               Cody R. Kennedy

                                         Attorneys for Plaintiffs


### Signature Certification

Pursuant to Civil L.R. 5-1(i), I hereby certify that the content of this document is acceptable to Richard H. Rahm, Esq., counsel for Defendants, and that I have obtained Mr. Rahm's authorization to affix his signature to this document.

                                         Respectfully submitted,

Dated:  March 5, 2025                     */s/  Cody R. Kennedy*
                                         Cody R. Kennedy

JOINT STIP TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL BRIEFING
CASE NO. 1:18-CV-00792-KES-SKO

# <u>ORDER</u>

In view of the parties' foregoing stipulation (Dkt. 109), and good cause having been shown (see Fed. R. Civ. P. 16(b)(4)), the Court hereby continues the prior deadline to file Plaintiff's Supplemental Briefing ISO Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement (Doc. 107) by thirty (30) days to April 4, 2025, and continues the hearing on Plaintiff's Motion to April 21, 2025, at 1:30 p.m. in Courtroom 6.

IT IS SO ORDERED.

Dated:   March 6, 2025

_____

UNITED STATES DISTRICT JUDGE

JOINT STIP TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL BRIEFING
CASE NO. 1:18-CV-00792-KES-SKO