**MARLIN & SALTZMAN, LLP**
Cody R. Kennedy, Esq. (SBN 296061)
2945 Townsgate Road, Suite 200
Westlake Village, California  91361
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081
ckennedy@marlinsaltzman.com

Attorneys for Plaintiff MARIBEL TAVARES, et al.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Richard H. Rahm CA Bar No. 130728
richard.rahm@ogletree.com
One Embarcadero Center, Suite 900
San Francisco, California  94111
Telephone: 415-442-4810
Facsimile: 415-442-4870

Attorneys for Defendants CARGILL MEAT SOLUTIONS CORP. and CARGILL, INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARIBEL TAVARES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL INCORPORATED, an unknown business entity; CARGILL MEAT SOLUTIONS CORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 1:18-CV-00792-KES-SKO<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL BRIEFING ISO MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER**<br><br>Magistrate:  Sheila K. Oberto<br>Judge:  Kirk E. Sherriff<br><br>DATE:  April 21, 2025<br>TIME:  1:30 p.m.<br>CTRM:  6<br><br>Complaint Filed:  April 20, 2018<br>Removed:  June 8, 2018<br>First Amd Complaint Filed: July 12, 2018 |

Plaintiff Maribel Tavares ("Plaintiff") and Defendants Cargill Meat Solutions, Corp. ("CMSC") and Cargill, Inc. ("Cargill") (collectively, the "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, on December 23, 2024, Plaintiff filed her Motion for Preliminary Approval of Class Action Settlement.

WHEREAS, on January 28, 2025, the Court issued an Order continuing the hearing on Plaintiff's Motion for Preliminary Approval to March 3, 2025, and further ordering supplemental briefing to be filed by Plaintiff on or before February 19, 2025 (Dkt. 103).

WHEREAS, on February 13, 2025, the Court granted a 14 day extension of Plaintiff's deadline to March 5, 2025 (Dkt. 107).

WHEREAS, while preparing the supplemental briefing, Cargill indicated to Plaintiff's Counsel that it had begun the process of having a data analytics team re-analyze the class data. Cargill has likewise indicated that it intends to file a supplemental declaration providing an updated count of the number of putative class members and workweeks falling within the settlement period.

WHEREAS, on March 5, 2025, Plaintiff's Counsel were informed by Cargill that the data analysis was still ongoing, but could potentially include a higher number of class members and workweeks than previously identified.

WHEREAS, it is anticipated that the results of Defendants' analysis may impact Plaintiff's supplemental briefing, and may potentially alter the total amount of the settlement should the settlement agreement's escalator clause be triggered.

WHEREAS, on March 6, 2025, the Court granted a thirty (30) day extension of Plaintiff's deadline to April 4, 2025 (Dkt. 110).

WHEREAS, Defendants informed Plaintiff's Counsel that their data analysis had taken longer than anticipated.

WHEREAS, Defendants' data analysis was further complicated by the unexpected departure of their Counsel Ethan Lai, who had been the Counsel directing and overseeing said analysis; and scheduling conflicts with Defense Counsel Richard Rahm.

1  WHEREAS, Defendants have represented that they will provide Plaintiffs with their updated analysis of the class data on or before Tuesday, April 1, 2025.

WHEREAS, Plaintiff anticipates that a reasonable amount of time will be needed to review Defendants' analysis and update their supplemental briefing accordingly.

WHEREAS, the Parties have stipulated to a fourteen (14) day continuance of Plaintiff's deadline to file Supplemental Briefing and the pending Motion for Preliminary Approval hearing date, pending the Court's approval.

**IT IS HEREBY STIPULATED** that, pending this Court's approval, the deadline to file Plaintiff's Supplemental Briefing in Support of Motion for Certification of Class Action Settlement shall be continued by fourteen (14) days to April 18, 2025, and that the hearing on Plaintiffs' Motion shall also be continued by fourteen (14) days to May 5, 2025, or as soon thereafter as may be convenient for the Court.

Dated:  March 27, 2025                **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Richard H. Rahm*
    Richard H. Rahm
    Attorneys for Defendants Cargill Meat
    Solutions Corporation, Cargill, Incorporated


Dated:  March 27, 2025                **MARLIN & SALTZMAN, LLP**

By: */s/ Cody R. Kennedy*
    Cody R. Kennedy

    Attorneys for Plaintiffs

**Signature Certification**

Pursuant to Civil L.R. 5-1(i), I hereby certify that the content of this document is acceptable to Richard H. Rahm, Esq., counsel for Defendants, and that I have obtained Mr. Rahm's authorization to affix his signature to this document.

                                                   Respectfully submitted,

Dated: March 27, 2025                      /s/ Cody R. Kennedy
                                                Cody R. Kennedy

## **ORDER**

In view of the parties' foregoing stipulation (Doc. 111), and good cause having been shown (*see* Fed. R. Civ. P. 16(b)(4)), the Court hereby continues the prior deadline to file Plaintiff's Supplemental Briefing ISO Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement (Doc. 107) by fourteen (14) days to April 18, 2025, and continues the hearing on Plaintiff's Motion to May 5, 2025, at 1:30 p.m. in Courtroom 6.

IT IS SO ORDERED.

Dated:   March 28, 2025

_____
UNITED STATES DISTRICT JUDGE